[No. 9710-5-I. Division One. February 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
W. OLSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03274-3, H. Joseph Coleman, J., entered
December 12, 1980. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Durham, A.C.J., and Corbett, J.